# BRONSTER LLP

bronsterllp.com

Mariam Chubinidze
347.246.4767
MChub@bronsterllp.com

156 West 56th Street, Suite 703
New York, NY 10019

July 1, 2025

Application GRANTED.  The initial pretrial conference, scheduled for July 14, 2025, *see* ECF No. 16, is adjourned to **August 4, 2025** at **10:30 a.m.**

The Clerk of Court is directed to terminate ECF No. 17.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: July 2, 2025

**Via ECF**
The Honorable Jennifer H. Rearden
United States District Court, District of New York (Southern)
500 Pearl Street,
New York, NY 10007
Courtroom: 12B

    **Re:**     Joe Hand Promotions, Inc. v. Harissa LLC et al.
                  Civil Action No.: 1:25-cv-01302-JHR

Dear Judge Rearden,

    As you are aware, Bronster, LLP represents Defendants Harissa LLC d/b/a Victory Restaurant & Lounge, Jonathan J. Mansour, and Fallou Bathily ("Defendants") in the above-referenced action. We submit this letter-motion to respectfully request an adjournment of the initial conference currently scheduled before this Court for Monday, July 14, 2025 at 12:00 p.m.

    This is Defendant's first request for adjournment of the initial conference. The purpose of the request is to allow the parties sufficient time to confer and prepare the required joint pre-conference statement. I conferred with Plaintiff's counsel this morning, and they consent to the requested adjournment.

    The parties are jointly available on Wednesday, July 30, 2025, and respectfully request that the initial conference be rescheduled to that date or to another date convenience to the Court. No other deadlines will be affected by this request.

                                                        Respectfully submitted,

                                                        *s// Mariam Chubinidze*
                                                          Mariam Chubinidze

cc: All parties of record via ECF

{720222.011}